U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL | ) Case No.: 2:25-cv-11275 <br> ) HON. THOMAS L. LUDINGTON <br> ) |
| Plaintiff, | ) <br> ) |
| v | ) <br> ) |
| HOLY CROSS CHILDREN'S SERVICES; <br> HOLY CROSS SERVICES; HOLY CROSS <br> SERVICES, INC.; SAGINAW <br> INTERMEDIATE SCHOOL DISTRICT; <br> SAGINAW INTERMEDIATE SCHOOL <br> DISTRICT BOARD OF EDUCATION; and <br> JOHN/JANE DOES 1-10, in their official, <br> professional, personal, and individual <br> capacities, jointly and severally, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203) <br> Attorney for Plaintiff <br> 325 e. Grand River Ave., Ste. 250 <br> East Lansing, MI  48823 <br> (517) 994-1776 <br> liz@education-rights.com | DAVID WESLEY CORNISH, ESQ. <br> Attorney for Plaintiff <br> 230 South Broad St., 17th Floor <br> Philadelphia, PA  19102 <br> (888) 313-1385 <br> dwesley24@gmail.com <br> *Admission application to be filed |
| GREGORY W. MAIR (P67465) <br> KAILEN C. PIPER (P82865) <br> Attorneys for Defendants Saginaw ISD & <br> Saginaw ISD Board of Education <br> 300 St. Andrews Road, Suite 302 <br> Saginaw, MI  48638 <br> (989) 790-0960 <br> gmair@owdpc.com <br> kpiper@owdpc.com <br> dmcclure@owdpc.com | |

**<u>APPEARANCE</u>**

PLEASE TAKE NOTICE that I have caused my Appearance to be entered on behalf of Defendants, SAGINAW INTERMEDIATE SCHOOL DISTRICT and SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION, named in the above-entitled cause of action.

                                                   Respectfully Submitted,

Dated: May 7, 2025                      /s/Gregory W. Mair
                                                   GREGORY W. MAIR (P67465)
                                                   Attorney for Defs. Saginaw ISD &
                                                   Saginaw ISD Board of Education
                                                   300 St. Andrews Road, Suite 302
                                                   Saginaw, Michigan  48638
                                                   gmair@owdpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

| | |
|---|---|
| Elizabeth K. Abdnour | liz@education-rights.com |
| David Wesley Cornish | dwesley24@gmail.com |
| Gregory W. Mair | gmair@owdpc.com <br> dmcclure@owdpc.com <br> jmconnolly@owdpc.com |
| Kailen C. Piper | kpiper@owdpc.com <br> kschaffer@owdpc.com |

Respectfully submitted,

/s/ Gregory W. Mair
Date: May 7, 2025
GREGORY W. MAIR (P67465)
Attorney for Defendants Saginaw ISD
& Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, Michigan  48638
gmair@owdpc.com