IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TITUS DEPEAL,
An Individual,

    Plaintiff,                                              Case No. 2:25−cv−11275
                                                        Hon. Thomas L. Ludington

vs.

HOLY CROSS CHILDREN'S SERVICES;
HOLY CROSS SERVICES; HOLY CROSS
SERVICES, INC; SAGINAW
INTERMEDIATE SCHOOL DISTRICT;
SAGINAW INTERMEDIATE SCHOOL
DISTRICT BOARD OF EDUCATION; and
JOHN/JANE DOES 1-10, in their official,
Professional, personal and individual capacities,
Jointly and severally,

    Defendant.

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203)<br>Attorney for Plaintiff<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48223<br>(517)994-1776<br>liz@education-rights.com<br><br>DAVID WESLEY CORNISH, ESQ.<br>Attorney for Plaintiff<br>230 S. Broad St., 17th Floor<br>Philadelphia, PA 19102<br>(888) 313-1385<br>Dwesley24@gmail.com<br>*Admission application to be filed | GREGORY W. MAIR (P67465)<br>KAILEN C. PIPER (P82865)<br>Attorneys for Defendants Saginaw ISD<br>& Saginaw ISD Board of Education<br>300 St. Andrews Road, Suite 302<br>Saginaw, MI 48638<br>(989) 790-0960<br>gmair@owdpc.com<br>kpiper@owdpc.com<br>dmcclure@owdpc.com<br><br>EVAN A. BURKHOLDER (P67986)<br>KEVIN T. MACKIN (P83421)<br>Attorneys for Holy Cross Defendants<br>21800 Haggerty Rd. Suite 113<br>Northville, MI 48167<br>(248) 896-1801 (Telephone)<br>eburkholder@ohaganmeyer.com<br>Kmackin@ohagameyer.com |

1

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Evan A. Burkholder of O'Hagan Meyer, PLLC, hereby enters their Appearance of Counsel on behalf of Defendants, Holy Cross Children's Services, Holy Cross Services and Holy Cross Services, Inc., in this matter.

Dated: July 2, 2025               Respectfully submitted,

**O'HAGAN MEYER, PLLC**

/s/ *Evan A. Burkholder*
Evan A. Burkholder (P67986)
Kevin T. Mackin (P83421)
21800 Haggerty Rd. Suite 113
Northville, MI 48167
(248) 896-1801 (Telephone)
eburkholder@ohaganmeyer.com
Kmackin@ohagameyer.com
*Attorneys for Defendant*

## PROOF OF SERVICE

I hereby certify that on July 2, 2025, a copy of the foregoing pleading, through the Court's electronic filing system, was electronically served on all counsel of record.

/s/ *Evan A. Burkholder*
Evan. A Burkholder