| | | |
|---|---|---|
| **Titus Depeal,** | : | **United States District Court** |
| **Plaintiff,** | : | **Eastern District of Michigan** |
| v. | : | |
| **Wolverine Human Services, *et al.*,** | : | **Civil Division** |
| **Defendants.** | : | **25-cv-11276** |

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby **STIPULATED** and **AGREED** by and between all parties, by and through their undersigned counsel, that Plaintiff, is hereby extended additional time to respond to the pending Defense Motion to Dismiss, from Saginaw Intermediate School District and Saginaw Intermediate School District Board of Education. The parties agree to allow the Plaintiff until September 2, 2025, to respond to both these pending Motions to Dismiss.

**BY THE COURT**:

_____

**Honorable Judge**