UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TITUS DEPEAL, | Case No. 1:25-cv-11275 |
| Plaintiff, | |
| v. | |
| | Hon. Thomas L. Ludington |
| HOLY CROSS CHILDREN'S SERVICES, et al., | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS SAGINAW INTERMEDIATE SCHOOL DISTRICT AND SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education that the deadline for the Plaintiff to file a response to Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 11) is extended from July 23, 2025, to Tuesday, September 2, 2025.

Plaintiff respectfully requests this additional time for the following reasons. Attorney Cornish's twin daughters passed away within the last month and he is

recently returning to work after an extended bereavement leave. Attorney Cornish is lead counsel in this matter. Attorney Abdnour agreed to serve as local counsel to assist Attorney Cornish in filing the Complaint before the statute of limitations ran while he awaited approval of his application for admission to this Court, but Attorney Abdnour has no specific knowledge of the case.

No Party will be prejudiced by extending the deadlines in this matter and Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education consent the proposed extension.

**IT IS SO STIPULATED** on July 23, 2025.

*s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
Phone: (517) 994-1776
Email: liz@education-rights.com

David Wesley Cornish
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Phone: 888-313-1385
Email: dwesley24@gmail.com

*Attorneys for Plaintiff*

*s/ Kailen C. Piper with permission*
Gregory W. Mair (P67465)
Kailen C. Piper (P82865)
O'Neill Wallace & Doyle PC
300 St. Andrews Rd., Ste. 302
Saginaw, MI 48638
Phone: (989) 790-0960
Email: gmair@owdpc.com
Email: kpiper@owdpc.com

*Attorneys for Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education*

**IT IS SO ORDERED.**

Dated: July 29, 2025                                            s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge