# Exhibit 2



Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



MDOC Number:
675978

SID Number:
5376093L

Name:
TITUS MICHAEL DEPEAL

Racial Identification:
White

Gender:
Male

Hair:
Brown

Eyes:
Hazel

Height:
5' 9"

Weight:
140 lbs.

Date of Birth:
05/03/2004 (21)

TITUS MICHAEL DEPEAL

Image Date:
9/11/2023

## MDOC STATUS

Current Status:
Prisoner

Assigned Location:
St. Louis Correctional Facility

Security Level:
IV

Earliest Release Date:
04/11/2025

Maximum Discharge Date:
04/11/2028

## ALIASES

TITUS MICHAEL SHANE DE PEAL

## MARKS, SCARS & TATTOOS

Scar- Center Right Forehead - scar from a dog scratch

Scar- Lower Right Knee - scar from stitches

Scar- Upper Left Wrist - burn scar

Tattoo- Back Left Forearm - 5

Tattoo- Front Left Hand - Xo, Hearts, Symbol, Lov

## PRISON SENTENCES

### ACTIVE

#### Sentence 1

Offense:
Assault of Prison or Other place of Confinement Employee

MCL#:
750.197C-A

Court File#:
2110715-FH-S

County:
Bay

Conviction Type:
Plea

Minimum Sentence:
2 years 0 months 0 days

Maximum Sentence:
5 years 0 months

Date of Offense:
09/13/2021

Date of Sentence:
08/28/2023

### INACTIVE

#### Sentence 1

Offense:
Motor Vehicle - Unlawful Use

MCL#:
750.414

Court File#:
2110351-FH-S

County:
Bay

Conviction Type:
Plea

Minimum Sentence:
1 year 2 months 0 days

Maximum Sentence:
2 years 0 months

Date of Offense:
06/23/2021

Date of Sentence:
08/28/2023

Discharge Date:
12/07/2024

Discharge Reason:
Order Terminated, Continued on Additional Order(s)

#### Sentence 2

Offense:
Police Officer - Assault/Resist/Obstruct

MCL#:
750.81D1

Court File#:
2110351-FH-S

County:
Bay

Conviction Type:
Plea

Minimum Sentence:
1 year 2 months 0 days

Maximum Sentence:
2 years 0 months

Date of Offense:
06/23/2021

Date of Sentence:
08/28/2023

Discharge Date:
12/07/2024

Discharge Reason:
Order Terminated, Continued on Additional Order(s)

## PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

#### Sentence 1

Offense:
Motor Vehicle - Unlawful Use

Minimum Sentence:

MCL#:
750.414

Maximum Sentence:
3 years 0 months

Court File#:
21-10351fh

Date of Offense:
06/23/2021

County:
Bay

Date of Sentence:
12/13/2021

Conviction Type:
Plea

Discharge Date:
08/28/2023

Discharge Reason:
Probation Violator Technical Violation

#### Sentence 2

Offense:
Police Officer - Assault/Resist/Obstruct

Minimum Sentence:

MCL#:
750.81D1

Maximum Sentence:
3 years 0 months

Court File#:
21-10351fh

Date of Offense:
06/23/2021

County:
Bay

Date of Sentence:
12/13/2021

Conviction Type:
Plea

Discharge Date:
08/28/2023

Discharge Reason:
Probation Violator Technical Violation

## SUPERVISION CONDITIONS

None