IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TITUS DEPEAL, An Individual,
    Plaintiff,

vs.

HOLY CROSS CHILDREN'S SERVICES;
HOLY CROSS SERVICES; HOLY CROSS
SERVICES, INC; SAGINAW
INTERMEDIATE SCHOOL DISTRICT;
SAGINAW INTERMEDIATE SCHOOL
DISTRICT BOARD OF EDUCATION; and
JOHN/JANE DOES 1-10, in their official,
Professional, personal, and individual capacities,
Jointly and severally,

    Defendant

Case No. 2:25-cv-11275
Hon. Thomas L. Ludington

| | |
|---|---|
| DAVID WESLEY CORNISH, ESQ.<br>Attorney for Plaintiff<br>230 S. Broad St., 17th Floor<br>Philadelphia, PA 19102<br>(888) 313-1385<br>Dwesley24@gmail.com | GREGORY W. MAIR (P67465)<br>KAILEN C. PIPER (P82865)<br>Attorneys for Defendants Saginaw ISD &<br>Saginaw ISD Board of Education<br>300 St. Andrews Road, Suite 302<br>Saginaw, MI 48638<br>(989) 790-0960<br>gmair@owdpc.com<br>kpiper@owdpc.com<br>dmcclure@owdpc.com<br><br>EVAN A. BURKHOLDER (P67986)<br>KEVIN T. MACKIN (P83421)<br>Attorneys for Holy Cross Defendants<br>21800 Haggerty Rd. Suite 113<br>Northville, MI 48167<br>(248) 896-1801 (Telephone)<br>eburkholder@ohaganmeyer.com<br>Kmackin@ohagameyer.com |

**DEFENDANT HOLY CROSS CHILDREN'S SERVICES, HOLY CROSS SERVICES.
HOLY CROSS SERVICES, INC.'S MOTION TO DISMISS AND JOINDER
<u>IN THE PENDING MOTION TO DISMISS</u>**

1

The Holy Cross Defendants filed an Answer and Affirmative Defenses on July 2, 2025 (ECF #12) at the same time the Saginaw School Defendants filed a motion to dismiss based on statute of limitation grounds (ECF #11). Plaintiff requested and obtained additional time to respond to the motion to dismiss. Plaintiff's response was due on or before September 2, 2025. Instead of responding to the motion to dismiss, Plaintiff filed a Motion for Leave to File an Amended Complaint (EFC #19) on September 2, 2025. The Saginaw School Defendants opposed the motion for leave on September 15, 2025 (ECF #21), arguing that the proposed amended complaint did not address nor overcome the statute of limitations issues raised in its original motion to dismiss.

With regard to the Holy Cross Defendants, the motion for leave to file an amended complaint is untimely because it was not filed with written consent from the Holy Cross Defendants or by leave of court and, accordingly, violated the time requirements for filing amended complaints. Fed. R. Civ P. 15(a).

The Holy Cross Defendants hereby adopt by reference and join in the Saginaw School Defendant's motion to dismiss because the same statute of limitations arguments apply with equal force to the Holy Cross Defendants.

### DISCUSSION

Plaintiff's personal injury claims are subject to Michigan's three year statute of limitations. MCL § 37.2201. Federal law governs the date on which a limitations period begins to run. *JiQuang Xu v. Mich. State Univ.*, 195 Fes. Appx. 452 (6th Cir. 2006). Based on Plaintiff's complaint the last date of accrual ended in 2019. Plaintiff's Complaint at ¶. 38a and PageID 9. The tolling provisions of MCL § 600.5851 (1) permitted Plaintiff to file suit 12 months after

reaching the age of majority or before December 31, 2023. This suit was filed 16 months later on May 1, 2025.

Statutes recently enacted with regard to criminal sexual conduct claims, MCL §600.5851b and MCL § 600.5805(6) cannot be retroactively applied to extend the limitations period. *McLain v. Roman Catholic Diocese of Lansing*, 514 Mich.1 (2024). Finally, the provisions of MCL § 600.5851b(3) are inapposite because there is no showing or allegation that "Mr. Arnold" was convicted of criminal sexual conduct or that he was acting as Plaintiff's physician or offered Plaintiff medical treatment. And there is no language in MCL § 600.5805(6), to the effect that it should be applied retroactively.

WHEREFORE, the Holy Cross Defendants respectfully request this Honorable Court to deny Plaintiff's motion for leave to file an Amended Complaint and for such other relief that this Court deems appropriate and just.

Dated: September 16, 2025

Respectfully submitted,

*/s/ Evan B. Burkholder*
Evan A. Burkholder (P67986)
Kevin Mackin (P83421)
O'Hagan Meyer, PLLC
21800 Haggerty Road, Suite 113
Northville, Michigan 48167
p. 248-896-1806
eburkholder@ohaganmeyer.com
kmackin@ohaganmeyer.com
*Counsel for Holy Cross Defendants*

3

**PROOF OF SERVICE**

I hereby certify that on September 16, 2025, a copy of the foregoing pleading, via the Court's electronic filing system, was electronically served on all counsel of record.

*/s/ Evan Burkholder*