UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TITUS DEPEAL,

      Plaintiff,                                  Case No. 1:25-cv-11275

v.                                                Honorable Thomas L. Ludington
                                                      United States District Judge
HOLY CROSS CHILDREN'S
SERVICES, et al.,

      Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

After considering Attorney Elizabeth K Abdour's Motion to Withdraw as Plaintiff's Counsel and Waive the Local Counsel Requirement for Attorney Wesley Cornish, ECF No. 20, Local Rule 83.20(f)(1)'s local counsel requirements, and otherwise being fully advised in the premises:

It is **ORDERED** that Attorney Elizabeth K Abdour's Motion to Withdraw as Plaintiff's Counsel and Waive the Local Counsel Requirement for Attorney Wesley Cornish, ECF No. 20, is **GRANTED**.

Further, it is **ORDERED** that Attorney Elizabeth K Abdour is **WITHDRAWN** as counsel.

Further, it is **ORDERED** that Local Rule 83.20(f)(1)'s local counsel requirement is **WAIVED** for Attorney Wesley Cornish for this case.

**This is not a final order and does not close this case.**

Dated: September 30, 2025                                s/Thomas L. Ludington
                                                                             THOMAS L. LUDINGTON
                                                                             United States District Judge